JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA HOESSLI, an individual and as guardian ad litem for R.H., a minor.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, KIMBERLY WILLIAMSON, KEITH KOLLMAN, FRED JEFFERSON MEMORIAL FOSTER FAMILY AGENCY, CRYSTAL ANN BROWN, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-1232-JLS<br><br>**ORDER GRANTING UNOPPOSED PETITION (DOC. 146), AND APPROVING SETTLEMENT AND DISTRIBUTION OF MINOR'S CLAIM FOR DAMAGES** |

The Court, having reviewed the Unopposed Petition for Minor's Compromise (Doc. 146) pursuant to Federal Rule of Civil Procedure 17 and *Robidoux v. Rosengren*, 638 F.3d 1177 (9th Cir. 2011), and finding the settlement fair and reasonable, ORDERS AS FOLLOWS:

1. The $1,000,000.00 settlement between defendants Kimberly Williamson, Keith Kollman and Fred Jefferson Memorial Foster Family Agency, and plaintiff Belinda Hoessli, as guardian ad litem for R.H., a minor, is hereby approved, resolving all claims.

2. The settlement having been approved by the Board of Supervisors, the County of San Bernardino, defendants are to pay $1,000,000 as follows: R.H. shall

1

receive $540,122.53, which shall be deposited in an annuity operated by Metropolitan Tower Life Insurance Company, to be distributed to R.H. after he turns 18; $459,877.47, shall be paid to the Law Offices of Justin E. Sterling, which shall be distributed as follows: $32,000 to be paid to Med-Cal to resolve a lien for medical services provided to R.H.; $27,877.47 as reimbursement for Costs advanced; attorneys' fees of $400,000.

4. The Court has reviewed counsel's fees and costs and finds them reasonable under the circumstances.

5. Upon payment of the settlement as described herein, the parties shall then file a stipulation to dismiss the entire action with prejudice.

6. The parties shall file the stipulation to dismiss no later than 90 days after this Order's issuance. If no dismissal is filed, the action will be deemed dismissed at that time.

Dated: June 07, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2